Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 557), the claim of the plaintiffs was sustained.

**No. 62120.**—Empresas Rodriguez, S. A., et al. *v.* United States, protests 232951–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

**No. 62121.**—Frederick H. Giesler *v.* United States, protests 237031–K, etc. (Nogales).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

JUNE 17, 1958

**No. 62122.**—SUIT 4918.—Paramount Import Export Co. and Paramount Import Co., Inc. *v.* United States.—

—C. D. 1849 reversed March 14, 1958. C. A. D. 677.

JUNE 18, 1958

**No. 62123.**—SUIT 4916.—R. J. Saunders & Co., Inc. *v.* United States

—C. D. 1846 affirmed March 14, 1958. C. A. D. 678.

**No. 62124.**—SUIT 4920.—Seattle Marine & Fishing Supply Company and Robert E. Landweer & Company, Inc. *v.* United States.—

—C. D. 1857 affirmed March 14, 1958. C. A. D. 679.